## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**BRENDON HICKS,**<br><br>**Defendant.** | **6:23-po-5022-KLD**<br>**6:23-po-5021-KLD**<br><br><br><br>**ORDER** |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the arrest warrant is quashed.    The U.S. Attorney's Office will contact the Court to set a new date if a resolution is not reached.

Dated this 14th day of September, 2023.

KATHLEEN L. DESOTO
United States Magistrate Judge

1